1  DAVID R. OWENS, State Bar No. 180829
   dowens@owenstarabichi.com
2  BRUNO W. TARABICHI, State Bar No. 215129
   btarabichi@owenstarabichi.com
3  OWENS TARABICHI, LLP
   111 N. Market Street, Suite 730
4  San Jose, California  95113
   Tel: (408) 298-8200
5  Fax: (408) 521-2203
6  Attorneys for Plaintiff
   Clip Ventures, LLC

7
   EDWARD F. McHALE (*pro hac vice*)
8  BRIAN M. TAILLON (*pro hac vice*)
   McHALE & SLAVIN, P.A.
9  2855 PGA Boulevard
   Palm Beach Gardens, Florida 33410
10 Tel.:   (561) 625-6575
   Fax:    (561) 625-6572
11 E-mail: litigation@mchaleslavin.com

12
   NEIL A. SMITH (SBN 63777)
13 ROPERS MAJESKI KOHN & BENTLEY, P.C.
   50 West San Fernando Street, Suite 1400
14 San Jose, California 95113-2429
   Tel:    (408) 287-6262
15 Fax:    (408) 918-4501
   Email: nsmith@rmkb.com
16
17 Attorneys for Defendant
   Suncast Corporation

18                UNITED STATES DISTRICT COURT

19             NORTHERN DISTRICT OF CALIFORNIA

20                 SAN FRANCISCO DIVISION

21 CLIP VENTURES, LLC., a California Limited    Case No.  3:10-CV-04849-CRB
   Liability Company
22                                             Judge: Hon. District Judge Charles R. Breyer
                   Plaintiff,                  Date:  March 11, 2011
23                                             Time: 10:00 a.m.
   vs.                                         Courtroom 8, 19th Floor (San Francisco)
24                                                 **ORDER**
   SUNCAST CORPORATION, an Illinois           ~~**STIPULATION**~~ **EXTENDING DATE OF**
25 Corporation                                **CASE MANAGEMENT CONFERENCE**
                                              **[Civil L.R. 6-2]**
26                 Defendants.
                                              [Proposed Order in the form of an endorsement
27                                            is contained within]

28
   _____

         **STIPULATION EXTENDING DATE OF CASE MANAGEMENT CONFERENCE**
                      **CASE No. 3:10-CV-04849-CRB**

                                1

1    Plaintiff, CLIP VENTURES, LLC ("Plaintiff") and Defendant, SUNCAST

2  CORPORATION ("Defendant"), by and through their respective counsel of record, hereby

3  stipulate, pursuant to Civil L.R. 6-2, for an order extending the date for the Case Management

4  Conference, as ordered by the court on January 26, 2011 (the Order setting Case Management

5  Conference [Doc. 30-1]), as follows: The Case Management Conference shall be held before

6

7  Judge Charles R. Breyer on Friday, March 11, 2011, at ~~9:00 A.M.~~. 10:00 a.m.

8    This Stipulation is supported by the accompanying Declaration of Edward F. McHale

9  submitted in compliance with Civil L.R. 6-2(a).

10

11

PURSUANT TO STIPULATION, IT IS SO ORDERED.

12

13

Dated: January 28, 2011

14                                            

CHARLES R.

15                                            UNITED STATES DISTRICT JUDGE

16

DATED: January 28, 2011                       Respectfully submitted,

17

McHALE & SLAVIN, P.A.

18

By: s/ Edward F. McHale

19  Edward F. McHale

20  Attorneys for Defendant

21  Suncast Corporation

22  OWENS TARABICHI, LLP

23  By: s/ Bruno W. Tarabichi

    Bruno W. Tarabichi

24

25  Attorneys for Plaintiff

    Clip Ventures, LLC

26

27

28

**STIPULATION EXTENDING DATE OF CASE MANAGEMENT CONFERENCE**
**CASE No. 3:10-CV-04849-CRB**

2